IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WILLIAM WAKEFIELD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAIMLER TRUCK NORTH AMERICA LLC, a Delaware corporation,<br><br>　　　　Defendant. | Case No.:<br><br>COMPLAINT FOR PERSONAL INJURY (NON-AUTO)<br><br>NOT SUBJECT TO MANDATORY ARBITRATION<br><br>JURY TRIAL DEMANDED<br><br>PRAYER: $1,559,000<br>ORS 21.160(1)(c) |

Plaintiff demands a jury trial and alleges:

1.

At all times mentioned herein, defendant Daimler Truck of North America LLC (hereinafter "Daimler Truck") conducted regular, sustained business activity in Multnomah County and had its principal place of business in Multnomah County. The Freightliner Cascadia described herein was manufactured by defendant Daimler Truck with VIN 3AKJGLBG7HSHB0031.

2.

On or about July 10, 2020, plaintiff William Wakefield was a delivery person driving a Freightliner Cascadia for his job. As he was getting out of his vehicle, he slipped in a step that was unexpectedly covered by a flap of metal

PAGE 1 – COMPLAINT FOR PERSONAL INJURY

KAFOURY & McDOUGAL
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit 1  Page 1 of 7

1  that was designed to be held up above the step by magnets. The flap is
2  commonly known as a filler flap or fuel tank flap.

3.

As a result of slipping, he suffered substantial injuries as set forward in paragraph 5 below.

FOR A FIRST CLAIM FOR RELIEF of negligence, plaintiff alleges:

4.

The above-described accident and all injuries alleged herein were caused by the negligence of defendant or its employees, agents, or apparent agents in one or more of the following particulars:

(a) In designing a flap with a design inadequate to ensure the flap did not fall on the step and create a hazard;

(b) In failing to adequately field test the above-described fairing flap under foreseeable uses prior to putting it into production;

(c) In failing to recall and replace the fairing flap;

(d) In employing a magnetic bond with insufficient reliability to keep the flap closed.

5.

As a direct result of the above-described negligence, plaintiff suffered injuries to his head, neck, upper back, shoulders (requiring surgery), left wrist, mid back, low back, right hip, pelvis, sacroiliac joint; wrenching, stretching, twisting, and tearing of the soft tissues about the spine, including his neck and back, may have aggravated pre-existing asymptomatic degeneration of the

PAGE 2 – COMPLAINT FOR PERSONAL INJURY

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

Exhibit 1  Page 2 of 7

spine; plaintiff suffered, continues to suffer, and may permanently suffer from pain, discomfort and interference with ordinary activities, all to plaintiff's noneconomic damages not to exceed $1,500,000.  This number may change, depending on whether plaintiff's condition resolves, persists, or worsens.

6.

As a further result of the above-described accident and injury, the plaintiff has incurred medical expenses in the amount of approximately $59,000.  Plaintiff continues to treat for his injuries and agrees to amend additional medical expenses if needed.

7.

As a further result of the above-described accident and injury, the plaintiff has incurred wage loss in in an amount to be determined prior to trial.

FOR A SECOND CLAIM OF RELIEF of products liability, plaintiff alleges:

8.

Plaintiff realleges paragraphs 1-3 and 5-7 above.

9.

On or about 2017, defendant Daimler Truck manufactured the above Freightliner Cascadia.  The vehicle was expected to and did reach the use and was used herein without substantial change in the condition in which it was sold.

/ / /

/ / /

/ / /

PAGE 3 – COMPLAINT FOR PERSONAL INJURY

Exhibit 1  Page 3 of 7

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

10.

The Freightliner Cascadia manufactured by defendant Daimler Truck was unreasonably dangerous and defective in one or more of the following particulars:

(a) In designing a flap with a design inadequate to ensure the flap did not fall on the step and create a hazard;

(b) In employing a magnetic bond with insufficient reliability to keep the flap closed.

WHEREFORE, plaintiff prays for judgment against defendant in the amount of $1,500,000 in noneconomic damages, $59,000 in economic damages, and for plaintiff's costs and disbursements necessarily incurred herein.

Dated: July 6, 2022

__/s/ Mark McDougal_____
Mark McDougal OSB #890869
Gregory Kafoury OSB #741663
Jason Kafoury OSB #091200
Adam Kiel OSB #091231
mcdougal@kafourymcdougal.com
kafoury@kafourymcdougal.com
jkafoury@kafourymcdougal.com
kiel@kafourymcdougal.com
Attorneys for Plaintiff

PAGE 4 – COMPLAINT FOR PERSONAL INJURY

Exhibit 1  Page 4 of 7

**KAFOURY & McDOUGAL**
411 SW 2nd. Ave. Ste. 200
Portland, OR 97204
Fax: 503-224-2673
Phone: 503-224-2647

## AFFIDAVIT OF SERVICE

**State of Oregon**  **County of Multnomah**  **Circuit Court**

Case Number: 22CV22298

Plaintiff: **WILLIAM WAKEFIELD**
vs.
Defendant: **DAIMLER TRUCK NORTH AMERICA, LLC**

For:
Kafoury McDougal
411 S.W. 2nd Ave
Ste. 200
Portland, OR 97204

Received by Barrister Support Service on the 14th day of July, 2022 at 4:23 pm to be served on **DAIMLER TRUCK NORTH AMERICA, LLC R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, Bobby Chandler, being duly sworn, depose and say that on the **15th day of July, 2022** at **1:33 pm**, I:

SERVED the within named **DAIMLER TRUCK NORTH AMERICA, LLC at 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301** by personally serving a true copy of the **SUMMONS AND COMPLAINT** upon **EDEN TITUS**, who is a clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I certify that on **7/20/2022** a true copy of *SUMMONS AND COMPLAINT* along with a statement regarding the date, time and manner of service was mailed to **DAIMLER TRUCK NORTH AMERICA, LLC R/A: CT CORPORATION SYSTEM** at **780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301** by First Class Mail postage paid.

**Description** of Person Served: Age: 24, Sex: F, Race/Skin Color: CAUCASIAN, Height: 5'7", Weight: 120, Hair: BLONDE, Glasses: N

I declare I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding. I certify that the person, firm, or corporation served is the identical one named in this action. I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

STATE OF _Oregon_
County of _Marion_
Subscribed and Sworn to before me on the _20_ day of _July 2022_ by the affiant who is personally known to me or has provided identification.

NOTARY PUBLIC

OFFICIAL STAMP
OLIVIA A. LUNDIN
NOTARY PUBLIC-OREGON
COMMISSION NO. 996690
MY COMMISSION EXPIRES FEBRUARY 06, 2024

Bobby Chandler
Process Server
Date 7/20/2022

Barrister Support Service
10725 SW Barbur Blvd.
Suite 202
Portland, OR 97219
(503) 246-8934

Our Job Serial Number: TSB-2022003348

Exhibit 1  Page 5 of 7



SUB-SERVICE COPY

3045



Malstrom's Process Serving, Co.
155 Culver Ln S
Salem, Oregon 97302
*Customer Service is our Specialty!*





US POSTAGE
$ 00.57
First-Class
Mailed From 97302
032A 0061855747

SUB-SERVICE COPY

Daimler Truck North America LLC
R/A: CT Corporation System
780 Commercial St SE SE100
Salem, Or. 97301

Exhibit 1   Page 6 of 7

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| WILLIAM WAKEFIELD,<br><br>        Plaintiff,<br><br>vs.<br><br>DAIMLER TRUCK NORTH AMERICA LLC, a Delaware corporation,<br><br>        Defendant. | Case No.: 22CV22298<br><br>**SUMMONS** |

To:  **Daimler Truck North America LLC**
     **c/o CT Corporation System, Registered Agent**
     **780 Commercial St., Suite 100**
     **Salem, OR 97301**

     You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!

     You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff. If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling (503) 684-3763 in Portland metropolitan area or toll free elsewhere in Oregon at (800) 453-7636.

_____
SIGNATURE OF ATTORNEY/AUTHOR FOR PLAINTIFF

Mark McDougal, OSB #890869
ATTORNEY'S/AUTHOR'S NAME and BAR NO.
Kafoury & McDougal
411 SW 2nd. Avenue Ste. 200
Portland OR 97204 (503) 224-2647

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

_____
ATTORNEY(S) FOR PLAINTIFF

Exhibit 1   Page 7 of 7